371 A.2d 867
Commonwealth v. Williams, Appellant.

Submitted June 14, 1976.
Harold Diamond, for appellant; Richard P. Myers, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 868
Commonwealth v. Wolf, Appellant.

Submitted September 13, 1976. Basil G. Russin, Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.